Stephen Zullo, Esq.
Simon Law Group
40 W. High St.
Somerville, NJ 08876
Phone: 800-709-1131
Fax:   800-709-1141
e-mail: szullo@simonattornys.com
Attorneys for Debtor
SZ-7098

|  |  |
|---|---|
| In the Matter of<br><br>SARA SALCEDO | ) UNITED STATES BANKRUPTCY COURT<br>) FOR THE DISTRICT OF NEW JERSEY<br>)<br>)<br>)<br>)CHAPTER 13 MBK<br>)CASE NO.:  20-14236<br>)HEARING 5/13/20@10:00<br>) |

## CERTIFICATION IN OPPOSTION TO OBJECTION TO CONFIRMATION

**Sara Salcedo,** being of full age, hereby certifies as follows:

1. I am the debtor in the within Bankruptcy matter, as such I am fully familiar with the fact and circumstances set forth herein. I make this certification in opposition and as way of further explanation as to meet the objection filed by the trustee in this matter.

2. I filed the within bankruptcy on March 12, 2020.

3. At the time the case was filed and for several years before that time, my husband has been employed by BAMCO, Inc., as a shop manager. They fabricate facades and panels used in buildings. As part of his normal income he receives overtime as a normal part of his pay. However, due to the CORONA virus all overtime has been stopped. The overtime generally ranged from $1,200 to $1,800 per month. That income is no gone indefinitely. We have had to cut back drastically on expenses. We have modified our schedules to reflect the new normal.

4. The claim of Toyota Financial contained in section 4 (c) of the plan, does not require payment through the plan. It is just there for disclosure. It is also listed in section 4 (f) as being unaffected.

5. I have forwarded the updated bank statements and my husband's updated statements are attached here and have been uploaded to the trustee.

6. The State of New Jersey has not filed a claim, and that may be the only impediment to confirmation. I have amended my plan to meet the claims and made the aforementioned adjustments.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the statements herein are willfully false, I am subject to punishment.

Dated: May 7, 2020  _____
Sara Salcedo

**Statement of Earnings and Deductions -- Please retain for your records**

| | | | | |
|---|---|---|---|---|
| Employee Code: | 632 | Fed. Filing Status: | Married | |
| | | Fed. Exemptions: | 0 | |

**Company:** BAMCO Inc.
**Employee:** Carlos D. Salcedo

| Check Summary | This Check | Year To Date |
|---|---|---|
| Total Gross Pay | 1,000.00 | 16,932.12 |
| Add-Ons | 183.08 | 2,379.47 |
| Less: Taxes | 167.09 | 3,056.19 |
| Less: Deductions | 356.56 | 4,872.98 |
| Net Pay | 659.43 | 11,382.42 |

**Check Information**
| | |
|---|---|
| Check No.: | E64729 |
| Check Date: | 04/01/20 |
| Period Start Date: | 03/23/20 |
| Period End Date: | 03/29/20 |
| Hours Worked: | 40.00 |

| Regular Earnings | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 40.00 | 25.00 | 1,000.00 |

| Add-Ons | This Check | Year To Date |
|---|---|---|
| H/W med BAM add | 165.66 | 2,170.14 |
| HW dent BAM add | 8.71 | 113.52 |
| S dent BAM add | 8.71 | 95.81 |

| Other Earnings | Amount | Amount |
|---|---|---|

| Deductions | This Check | Year To Date |
|---|---|---|
| H/W med BAMCO | 165.66 | 2,170.14 |
| Medical 125 Pln | 66.26 | 868.01 |
| 401K percent | 50.00 | 846.64 |
| 401K loan 2 | 44.81 | 582.53 |
| 401k Loan | 25.42 | 330.46 |
| Dental | 4.41 | 57.49 |
| H/W dent BAMCO | | 17.71 |

| Taxes | This Check | Year To Date |
|---|---|---|
| Federal W/H | 70.46 | 1,363.45 |
| Social Security | 57.62 | 992.41 |
| Medicare | 13.48 | 232.10 |
| Res. SIT | 17.08 | 325.16 |
| Res. SDI | 4.20 | 71.12 |
| Work SDI | 4.25 | 71.95 |

---

BAMCO Inc.
30 Baekeland Avenue
Middlesex, NJ 08846
732 302-0889

4/1/20

E64729

**Vold – Void – Void – Void -- Void – Void – Void -- Void – Void – Void -- Void – Void **

Pay **SIX HUNDRED FIFTY-NINE AND 43 / 100 Dollars

Auto Deposit Allocation
Type: Checking
Account#: xxxxxxxxxxxx5473
Amount: 659.43

To the order of:
Carlos D. Salcedo
16 Lake Park Drive
Piscataway, NJ 08854

**VOID**VOID**

**659.43

**VOID**VOID*

**File Copy -- Void**

Statement of Earnings and Deductions -- Please retain for your records

| | | | |
|---|---|---|---|
| Employee Code: | 632 | Fed. Filing Status: | Married |
| | | Fed. Exemptions: | 0 |

Company: BAMCO Inc.
Employee: Carlos D. Salcedo

**Check Summary**

| | This Check | Year To Date |
|---|---|---|
| Total Gross Pay | 1,000.00 | 17,932.12 |
| Add-Ons | 183.08 | 2,562.55 |
| Less: Taxes | 167.08 | 3,223.27 |
| Less: Deductions | 356.56 | 5,229.54 |
| Net Pay | 659.44 | 12,041.86 |

**Check Information**

| | |
|---|---|
| Check No.: | E64850 |
| Check Date: | 04/08/20 |
| Period Start Date: | 03/30/20 |
| Period End Date: | 04/05/20 |
| Hours Worked: | 40.00 |

**Regular Earnings** — This Check

| | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 40.00 | 25.00 | 1,000.00 |

**Add-Ons**

| | This Check | Year To Date |
|---|---|---|
| H/W med BAM add | 165.66 | 2,335.80 |
| HW dent BAM add | 8.71 | 122.23 |
| S dent BAM add | 8.71 | 104.52 |

**Other Earnings**

| | Amount | Amount |
|---|---|---|

**Taxes**

| | This Check | Year To Date |
|---|---|---|
| Federal W/H | 70.46 | 1,433.91 |
| Social Security | 57.62 | 1,050.03 |
| Medicare | 13.47 | 245.57 |
| Res. SIT | 17.08 | 342.24 |
| Res. SDI | 4.20 | 75.32 |
| Work SDI | 4.25 | 76.20 |

**Deductions**

| | This Check | Year To Date |
|---|---|---|
| H/W med BAMCO | 165.66 | 2,335.80 |
| Medical 125 Pln | 66.26 | 934.27 |
| 401K percent | 50.00 | 896.64 |
| 401K loan 2 | 44.81 | 627.34 |
| 401k Loan | 25.42 | 355.88 |
| Dental | 4.41 | 61.90 |
| H/W dent BAMCO | | 17.71 |

BAMCO Inc.
30 Baekeland Avenue
Middlesex, NJ 08846
732 302-0889

4/8/20

E64850

**Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void**

Pay ··SIX HUNDRED FIFTY-NINE AND 44 / 100 Dollars

\*\*VOID\*\*VOID\*\*

Auto Deposit Allocation
Type   Checking
Account#   xxxxxxxxxxxxx5473
Amount   659.44

··659.44

\*\*VOID\*\*VOID\*

To the order of
Carlos D. Salcedo
16 Lake Park Drive
Piscataway, NJ 08854

\*\*File Copy -- Void\*\*

Statement of Earnings and Deductions -- Please retain for your records

| | | | | | |
|---|---|---|---|---|---|
| Company: | BAMCO Inc. | | | Fed. Filing Status: | Married |
| Employee: | Carlos D. Salcedo | | Employee Code: 632 | Fed. Exemptions: | 0 |

### Check Summary

| | This Check | Year To Date |
|---|---|---|
| Total Gross Pay | 1,075.00 | 19,007.12 |
| Add-Ons | 183.08 | 2,745.63 |
| Less: Taxes | 183.85 | 3,407.12 |
| Less: Deductions | 360.31 | 5,589.85 |
| Net Pay | 713.92 | 12,755.78 |

### Check Information

| | |
|---|---|
| Check No.: | E64969 |
| Check Date: | 04/15/20 |
| Period Start Date: | 04/06/20 |
| Period End Date: | 04/12/20 |
| Hours Worked: | 42.00 |

### Regular Earnings

| | Hours | Rate | Amount |
|---|---|---|---|
| Overtime | 2.00 | 37.50 | 75.00 |
| Regular | 40.00 | 25.00 | 1,000.00 |

### Add-Ons

| | This Check | Year To Date |
|---|---|---|
| H/W med BAM add | 165.66 | 2,501.46 |
| HW dent BAM add | 8.71 | 130.94 |
| S dent BAM add | 8.71 | 113.23 |

### Other Earnings

| | Amount | Amount |
|---|---|---|

### Taxes

| | This Check | Year To Date |
|---|---|---|
| Federal W/H | 79.01 | 1,512.92 |
| Social Security | 62.27 | 1,112.30 |
| Medicare | 14.56 | 260.13 |
| Res. SIT | 18.92 | 361.16 |
| Res. SDI | 4.52 | 79.84 |
| Work SDI | 4.57 | 80.77 |

### Deductions

| | This Check | Year To Date |
|---|---|---|
| H/W med BAMCO | 165.66 | 2,501.46 |
| Medical 125 Pln | 66.26 | 1,000.53 |
| 401K percent | 53.75 | 950.39 |
| 401K loan 2 | 44.81 | 672.15 |
| 401k Loan | 25.42 | 381.30 |
| Dental | 4.41 | 66.31 |
| H/W dent BAMCO | | 17.71 |

---

BAMCO Inc.
30 Baekeland Avenue
Middlesex, NJ 08846
732 302-0889

4/15/20

E64969

--Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void **

Pay **SEVEN HUNDRED THIRTEEN AND 92 / 100 Dollars

**VOID**VOID**

Auto Deposit Allocation
Type    Checking
Account#  XXXXXXXXXXXX5473
Amount    713.92

**713.92

**VOID**VOID*

To the order of:
Carlos D. Salcedo
16 Lake Park Drive
Piscataway, NJ 08854

**File Copy -- Void**