UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stephen Zullo, Esq.
40 West High St.
Somerville, NJ 08876
Phone: 800-709-1131
Fax:    800-709-1141
e-mail: szullo@simonattorneys.com
Attorneys for Debtor
SZ-7098

**Order Filed on June 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sara Salcedo

Case No.: 20-14236

Hearing Date: June 24, 2020 @9:00 a.m.

Judge: MBK

**ORDER FIXING AMOUNT OF THE PROOF OF CLAIM OF THE STATE OF NEW JERSEY DIVISION OF TAXATION**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 30, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This case is before the court on the motion of the debtor(s) to fix the amount of the Proof of Claim of the State of New Jersey Division of Taxation; Accordingly, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the allowed Proof of Claim of the State of New Jersey Division of Taxation is hereby

fixed at $303.00, same shall be a priority claim and paid through the Chapter 13, plan accordingly.