UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stephen Zullo, Esq.
40 West High St.
Somerville, NJ 08876
Phone: 800-709-1131
Fax:    800-709-1141
e-mail: szullo@simonattorneys.com
Attorneys for Debtor
SZ-7098

**Order Filed on June 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sara Salcedo

Case No.: 20-14236

Hearing Date: June 24, 2020 @9:00 a.m.

Judge: MBK

## ORDER FIXING AMOUNT OF THE PROOF OF CLAIM OF THE STATE OF NEW JERSEY DIVISION OF TAXATION

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 30, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

This case is before the court on the motion of the debtor(s) to fix the amount of the Proof of Claim of the State of New Jersey Division of Taxation; Accordingly, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the allowed Proof of Claim of the State of New Jersey Division of Taxation is hereby

fixed at $303.00, same shall be a priority claim and paid through the Chapter 13, plan accordingly.

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                          Case No. 20-14236-MBK
Sara P. Salcedo                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Jul 01, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db              +Sara P. Salcedo,   16 Lake Park Drive,   Piscataway, NJ 08854-5124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
               Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Stephen M. Zullo    on behalf of Debtor Sara P. Salcedo szullo@simonattorneys.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4