| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Pnc Mortgage, A Division Of Pnc Bank, National Association | **Order Filed on August 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Sara P. Salcedo,<br><br><br>Debtor. | Case No.:  20-14236 MBK<br>Adv. No.:<br>Hearing Date:  6/24/2020 @ 10:00 a.m.<br><br>Judge:  Michael B. Kaplan |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: August 3, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:       Sara P. Salcedo

Case No.:     20-14236 MBK
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Pnc Mortgage, A Division Of Pnc Bank, National Association, holder of a mortgage on real property located at 16 Lake Park Drive, Piscataway, NJ, 08854, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Stephen M. Zullo, Esquire, attorney for Debtor, Sara P. Salcedo, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 5) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.