| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| In re:<br><br>Sara P. Salcedo<br><br><br><br>Debtor(s) |
|---|

Case No.: 20-14236 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 9/20/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 9/20/2022                                                                          /s/ Kierstyn Buchanan

                                                                                                            Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Sara P. Salcedo<br>16 Lake Park Drive<br>Piscataway, NJ  08854 | Debtor(s) | Regular Mail |
| Stephen M. Zullo<br>Stephen Zullo, ESQ.<br>40 West High Street<br>Somerville, NJ  08876 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |