Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−14236−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sara P. Salcedo
   16 Lake Park Drive
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−5179

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/6/22.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 6, 2022
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sara P. Salcedo  
      Debtor

Case No. 20-14236-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 06, 2022      Form ID: 148      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sara P. Salcedo, 16 Lake Park Drive, Piscataway, NJ 08854-5124 |
| 518759849 | + | Carlos Salcedo, 16 Lake Park Drive, Piscataway, NJ 08854-5124 |
| 518759855 | + | Laboratory of Dermatopathology, 80 Crosswoods Park Drive, Woodbury, NY 11797-2047 |
| 518759856 | | Metropolitan Dermatology, 469 Morris Ave, Suite 3, Union, NJ 07083 |
| 518759858 | + | Robert Wood Johnson Dept. of Pathology, Po Box 21354, New York, NY 10087-1354 |
| 518759860 | #+ | Somerset Emergency medical Assoc, Po Box 6222, Parsippany, NJ 07054-7222 |
| 518899145 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518759861 | | State of New Jersey, Department of the Treasury, Division of Revenue, P.O. Box 628, Trenton, NJ 08646-0628 |
| 518759865 | + | Transworld Systems Inc, Po Box 33, Wilmington, DE 19899-0033 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518811196 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2022 20:43:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518759845 | ^ | MEBN | Oct 06 2022 20:37:22 | BCA Finaancial, 18001 Old Cutler Rd., Miami, FL 33157-6422 |
| 518817979 | + | EDI: RECOVERYCORP.COM | Oct 07 2022 00:38:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518759846 | + | Email/Text: cms-bk@cms-collect.com | Oct 06 2022 20:39:00 | Capital Management Services, 698 1/2 South Ogden St., Buffalo, NY 14206-2317 |
| 518759847 | | EDI: CAPITALONE.COM | Oct 07 2022 00:38:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518759848 | + | EDI: CAPITALONE.COM | Oct 07 2022 00:38:00 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518759850 | + | Email/Text: ngisupport@radiusgs.com | Oct 06 2022 20:38:00 | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 518759851 | + | EDI: WFNNB.COM | Oct 07 2022 00:38:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 20-14236-MBK    Doc 39    Filed 10/08/22    Entered 10/09/22 00:11:50    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2022 | Form ID: 148 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 518759852 | + | EDI: WFNNB.COM | Oct 07 2022 00:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518759853 | + | EDI: CITICORP.COM | Oct 07 2022 00:38:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518759854 | + | EDI: IRS.COM | Oct 07 2022 00:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518759857 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 06 2022 20:38:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518840376 | | EDI: PRA.COM | Oct 07 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 518833954 | | EDI: Q3G.COM | Oct 07 2022 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518799727 | + | Email/Text: bncmail@w-legal.com | Oct 06 2022 20:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518759859 | + | Email/PDF: clerical@simmassociates.com | Oct 06 2022 20:43:36 | Simm Associates, 800 Pencader Drive, Newark, DE 19702-3354 |
| 518759862 | + | EDI: RMSC.COM | Oct 07 2022 00:38:00 | Syncb/litt, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518762247 | + | EDI: RMSC.COM | Oct 07 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518759864 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 06 2022 20:38:00 | Toyota Motor Credit, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518759863 | + | EDI: PRATHEBUR | Oct 07 2022 00:38:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 518810210 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 06 2022 20:38:00 | Toyota Motor Credit Corporation, dba Lexus Financial Services, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022       Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 06, 2022 | Form ID: 148 | Total Noticed: 32 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Stephen M. Zullo | on behalf of Debtor Sara P. Salcedo szullo@simonattorneys.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4